[No. 64810-1-I. Division One. June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN JOSEPH ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05513-7, Cheryl B. Carey, J., entered December 4, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Ellington, JJ.

[No. 64877-2-I. Division One. June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. OTIS D. PATRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00144-2, Larry E. McKeeman, J., entered February 5, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Spearman, JJ.

[No. 64941-8-I. Division One. June 13, 2011.]

*In the Matter of the Detention of* KENNETH HERALD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-07150-6, William L. Downing, J., entered January 14, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Lau, JJ.

[No. 64948-5-I. Division One. June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON JOSEPH RODDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00006-3, Ronald L. Castleberry, J., entered November 9, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Spearman, JJ.